IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:22-CR-30-CAR-CHW |
| vs. | : | |
| | : | |
| FABIAN MOORE | : | |
| and | : | |
| GEORGE SAMUELS | : | |
| | : | |
| Defendants. | | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the

Court that Case No. 3:22-CR-30, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:22-CR-30, be unsealed.

SO ORDERED, this ___4th___ day of January, 2023.


_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA


Presented by:

MICHAEL          Digitally signed by MICHAEL
                 MORRISON
MORRISON         Date: 2023.01.04 12:08:33 -05'00'
_____
MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY