IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 3:22-cr-30 (CAR) |
| FABIAN MOORE, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER OF DETENTION**

On February 8, 2023, Defendant Fabian Moore appeared before the Court for arraignment. The parties acknowledged that Defendant is currently serving a sentence of incarceration pursuant to a state conviction. In light of that sentence, Defendant waived opposition to the Government's motion for detention at this time, reserving the opportunity to revisit the Government's motion on the merits should circumstances change. The Court will schedule further proceedings on the Government's motion for detention at Defendant's request.

The Court hereby orders that Defendant be detained in the custody of the United States Marshal pending resolution of the charges in this case. Accordingly, the Defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this the 8th day of February, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge